IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America            )
                    Plaintiff        )
                                     )
vs                                   ) Criminal No. 00-207
                                     )
William A. Tinker                    )
                    Defendant        )

ORDER OF COURT

AND NOW, to wit, this __26 ᵀᴴ__ day of __JUNE__, 2006, it appearing to the

Court that the above-captioned case has been terminated with no appeals pending, IT IS

HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court

be returned to counsel:

Document: Letter to Judge Lancaster from W. Penn Hackney, Federal Public
Defender regarding Psychological Report from Counselor William C. Allenbaugh
for William A. Tinker

Counsel shall adhere to all provisions of the Protective Order which impounded the above

document.

Gary L. Lancaster
U.S. District Judge