Prob 12
(Rev. 3/88)

**SCANNED**

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. William A. Tinker                                      Docket No. 00-00207-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William A. Tinker, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 20th day of August 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Defendant shall not possess a firearm or destructive device.
- Defendant shall register with state authorities as a convicted sex offender, in accordance with 18 U.S.C. §§ 3583(d) and 4042(c)(4), in any state where the defendant resides, is employed, carries on a vocation, or is a student.
- Defendant shall not initiate social contact with children under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who is approved by the probation office.
- Defendant is prohibited from employment in places where minor children under the age of 18 congregate, such as group residences, parks, playgrounds, and schools, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who is approved by the probation office.
- Defendant shall not possess any form of child pornography or erotica, or enter any establishment where child pornography or erotica can be obtained or viewed. The term "child pornography" is defined at 18 U.S.C. § 2256.
- Unless he completes such a program while incarcerated, the defendant shall participate in and complete a sexual offender treatment program, as directed by the probation office.
- Defendant shall pay a special assessment of $200.

08-20-02:   Receipt of Child Pornography; Possession of Child Pornography; Sentenced to 60 months' imprisonment at each count, concurrent, supervised release 3 years at each count, concurrent.
02-14-07:   Released to supervision; Currently supervised by U.S. Probation Officer Andrew A. Waszyn.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that subsequent to the offender's sentencing, the probation office has obtained new technology which enhances supervision and the ability of the probation office to monitor the offender's compliance with supervision conditions. In light of this new technology, the offender has agreed to waive his right to assistance of counsel and to a hearing on a modification of supervision conditions. The offender has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, which is attached to this petition.

The defendant has been cooperative with the terms of his supervised release.

U.S.A. vs. William A. Tinker
Docket No. 00-00207-001
Page 2

PRAYING THAT THE COURT WILL ORDER the supervised releasee to submit his person, property, house, residence, vehicle, papers, effects, computers, and other electronic communication or data storage devices or media, to search at any time with or without a warrant by any law enforcement or probation officer, based upon reasonable suspicion of contraband, evidence of a violation of a condition of release/supervision, or unlawful conduct by the defendant. Failure to submit to a search may be grounds for revocation. The defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on _____ January 22, 2008 _____ |
| _____ U.S. District Judge | _Andrew A. Waszyn/ab_ Andrew A. Waszyn U.S. Probation Officer |
|  | _Linda McCrillis Chovan/ab_ Linda McCrillis Chovan Supervising U.S. Probation Officer |
|  | Place: Johnstown, Pennsylvania |